Argued and submitted January 28, affirmed March 4, 2020

In the Matter of E. J. M.,
aka E. M., a Child.

DEPARTMENT OF HUMAN SERVICES,
*Petitioner-Respondent,*

*v.*

P. W.,
*Appellant.*

Benton County Circuit Court
16JU03506; A171641 (Control)

In the Matter of M. M. O. M.,
aka M. M., a Child.

DEPARTMENT OF HUMAN SERVICES,
*Petitioner-Respondent,*

*v.*

P. W.,
*Appellant.*

Benton County Circuit Court
16JU03507; A171637

458 P3d 732

Locke A. Williams, Judge.

Sarah Peterson, Deputy Public Defender, argued the cause for appellant. Also on the briefs was Shannon Storey, Chief Defender, Juvenile Appellate Section, Office of Public Defense Services.

Dashiell Farewell argued the cause for respondent. On the brief were Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Inge D. Wells, Assistant Attorney General.

Before DeVore, Presiding Judge, and DeHoog, Judge, and Mooney, Judge.

PER CURIAM

Affirmed. *Dept. of Human Services v. L. J. W.*, 302 Or App 126, 460 P3d 540 (2020).